## DWIGHT, Curator v. McMILLEN.

A motion to dismiss, on the ground that the transcript was not filed in time, is not required to be made within three days after the filing of the record.

APPEAL from the Fifth District Court of New Orleans, *Buchanan*, J. *J.* and *H. H. Strawbridge*, for the plaintiff. *Lewis* and *Bermudez*, for the appellant. The judgment of the court (*King*, J. absent,) was pronounced by

SLIDELL, J. This appeal was returnable on the 1st monday of November, 1847, and the transcript was not filed until the 6th of the ensuing December. The appellee has moved, upon this ground, the dismissal of the case; to which motion the appellant replies that, it was not made within three days after the transcript was filed, and, under the ruling in O'Reilly v. McLeod, 2 An. 138, cannot be entertained.

Under the provisions of the Code of Practice we have frequently held that, a party who neglects to file the transcript seasonably, must be considered as having abandoned his appeal. The omission of the appellee to move for the dismissal upon that ground within three days after the filing of the transcript, ought not to bar the appellee, for two reasons : *first*, because he was not cited; and *secondly*, because he cannot be held to constant vigilance, after the legal delay has passed, in watching, day by day, the docket to see at what time the negligent appellant will file the transcript.

The appellee cannot be considered as having waived his right to a dismissal, and the motion must be maintained.          *Appeal dismissed.*